# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re:<br><br>Hoku Corporation,<br><br>　　　　　　　Debtor. | Bankruptcy Case<br>No. 13-40838-JDP |

_____

| | |
|---|---|
| R. Sam Hopkins<br>Chapter 7 Trustee,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Midwest Imperial Steel Fabricators, a division of G & F Manufacturing Co., Inc., an Illinois corporation; and John Does 1-10,<br><br>　　　　　　　Defendants. | Adv. Proceeding<br>No. 15-08099-JDP |

_____

# MEMORANDUM OF DECISION
_____

MEMORANDUM OF DECISION – 1

For the reasons set forth in the Memorandum of Decision entered in *Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19, Plaintiff's motion for default judgment will be granted. Plaintiff's counsel shall submit appropriate findings of fact, conclusions of law, and an appropriate form of judgment for entry by this Court.

Dated: December 10, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge